The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CATHY L. PEDIGO,

          Plaintiff,

v.

THE UNITED STATES OF AMERICA,

          Defendant.

CASE NO.  2:20-cv-01683-MJP

STIPULATION AND ORDER OF DISMISSAL

NOTED FOR CONSIDERATION: FEBRUARY 8, 2021

## **JOINT STIPULATION**

COME now the parties hereto, by and through their respective counsel of record, and hereby stipulate that this action, including any and all claims, counterclaims and cross-claims, whether for indemnity and/or contribution by and among the parties hereto, and any and all others, whether or not actually asserted to date, shall be dismissed with prejudice and without cost to any party.

//

//

STIPULATION AND ORDER OF DISMISSAL
2:20-cv-01683-MJP - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | DATED this 8th day of February, 2021. |

BRIAN T. MORAN
United States Attorney

| | |
|---|---|
| *s/ Erin K. Hoar* | *s/ Brett A. Purtzer* |
| ERIN K. HOAR, CA No. 311332 | BRETT A. PURTZER, |
|  | HESTER LAW GROUP, INC., P.S. |
| *s/ Kristen R. Vogel* | 1008 S. Yakima Avenue, Ste 302 |
| KRISTEN R. VOGEL, NYBA #5195664 | Tacoma, WA 98405 |
| Assistant United States Attorneys | Phone: 253-272-2157 |
| United States Attorney's Office | Email: brett@hesterlawgroup.com |
| 700 Stewart Street, Suite 5220 |  |
| Seattle, Washington 98101-1271 | Attorney for Plaintiff |
| Phone: 206-553-7970 |  |
| Fax: 206-553-4073 |  |
| Email: kristen.vogel@usdoj.gov |  |

Attorney for Defendant United States

STIPULATION AND ORDER OF DISMISSAL
2:20-cv-01683-MJP - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

STIPULATION AND ORDER OF DISMISSAL
2:20-cv-01683-MJP - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## **ORDER**

The parties having so stipulated and agreed, it is hereby **ORDERED** that this case is dismissed with prejudice and without costs or fees to either party.

DATED this 11th day of February, 2021

_Marsha J. Pechman_
Marsha J. Pechman
United States Senior District Judge

STIPULATION AND ORDER OF DISMISSAL
2:20-cv-01683-MJP - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970